**IT IS SO ORDERED.**

**SIGNED THIS: August 24, 2020**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | |
|---|---|---|
| In re: | David Francis Hemminger<br>Judith Lynn Hemminger | Case No.   18-90143 |
| Debtor | | |

## ORDER VACATING ORDER

The Court having reconsidered the entry of order withdrawing as counsel and having found that the order was entered in error and should be vacated,

IT IS THEREFORE ORDERED that the withdrawing as counsel for the debtors, entered on August 21, 2020, is hereby VACATED.

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###